AO 91 (Rev. 02/09) Criminal Complaint

Felony

United States Courts Southern
District of Texas
FILED

**March 12, 2022**

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Nallely VILLARREAL<br>*Defendant* | ) <br> ) Case No. 1:22-MJ-281 <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **March 11, 2022** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **21** U.S.C. § **841 (a) (1)**, an offense described as follows:

Knowingly and intentionally possess with the intent to distribute approximately 1.12 Kilograms of cocaine, a Scheduled II Controlled Substance.

. This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

**ELI ROCHA JR** Digitally signed by ELI ROCHA JR
Date: 2022.03.12 19:28:28 -06'00'

*Complainant's signature*

Eli Rocha, Special Agent
Homeland Security Investigations

*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on March 12, 2022.

Date: March 12, 2022

*Judge's signature*

City and state: Brownsville, Texas    Ignacio Torteya, III, U.S. Magistrate Judge

*Printed name and title*

Attachment A

On Friday, March 11, 2022, Texas Department of Public Safety Trooper Martinez conducted a traffic stop on a Maroon Nissan Rogue for disregarding red light-traffic signal and driving without lights-when required. DPS Trooper Martinez identified the driver of the vehicle as Nallely VILLARREAL. Upon contact, Trooper Martinez observed signs of nervousness from VILLARREAL. A consensual search of the vehicle led to the discovery of one brick wrapped in grey tape consistent with narcotics packaging, concealed under the driver seat. Trooper Martinez asked VILLARREAL if the contents were cocaine to which she stated yes. VILLARREAL was placed under arrest and transported to the Texas Department of Public Safety office.

DPS contacted HSI special agents in reference to the arrest and seizure. HSI special agents probed the package and removed a white powdery substance that field tested positive for cocaine. The cocaine had an approximate gross weight of one point twelve (1.12) kilograms.

Homeland Security Investigations special agents subsequently interviewed VILLARREAL after administering her Miranda warnings. VILLARREAL stated she was instructed to transport and deliver the cocaine to the Exxon gasoline station located at 1725 International Blvd, Brownsville. VILLARREAL further stated she was expected to be paid for delivering the cocaine to unknown individuals.

AUSA David Lindenmuth was advised of the facts and accepted federal prosecution on VILLARREAL.

ELI ROCHA JR
Digitally signed by ELI ROCHA JR
Date: 2022.03.12 19:29:12 -06'00'

Eli Rocha, Special Agent
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on March 12, 2022.

Ignacio Torteya, III
United States Magistrate Judge